BARBARA A. MATTHEWS (SBN 195084)
Assistant U.S. Trustee
MATTHEW R. KRETZER (SBN 157949)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
e-mail: matt.r.kretzer@usdoj.gov

Attorneys for Acting United States Trustee,
Region 17, AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

Miguel Angel ARRECCURRENAGA

        Debtor.

Case No. 09-46949 E

Chapter 13

Date: March 2, 2011
Time: 1:30 p.m.
Room: 201

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER OF CIVIL CONTEMPT AGAINST ATTORNEY DEBORAH PIMENTEL

August B. Landis, the Acting United States Trustee for Region 17, ("U.S. Trustee "), requests an order for civil contempt against Deborah Pimentel.

**FACTS**

The U.S. Trustee filed a motion to review Ms. Pimentel's fees on October 14, 2010. That motion was scheduled to be heard on November 10, 2010. At the written request of Ms. Pimentel, the hearing was continued to December 8, 2010. Ms. Pimentel filed a response to the motion, but did not attend the hearing. Judge Newsome granted the U.S. Trustee's motion and ordered Ms. Pimentel to deliver a check for $4,500, payable to the Debtor, to the Office of the U.S. Trustee. The clerk of court entered the written order on December 10, 2010.

The U.S. Trustee served a copy of the proposed order on Ms. Pimentel on December 12, 2010 and served a copy of the signed order on Ms. Pimentel on January 14, 2011 (both by mail). Matthew R. Kretzer, counsel for the U.S. Trustee, spoke by telephone with Ms. Pimentel on

January 20, 2011. In that conversation, Ms. Pimentel said that she could not repay the $4,500 and declined to set up a schedule of payments. To date, she has not delivered a check to the U.S. Trustee. Declaration of Matthew R. Kretzer.

**ARGUMENT**

This Court has the authority to issue any order, process, or judgment necessary to carry out the provisions of Title 11. 11 U.S.C. § 105(a). Pursuant to that authority, the court can hold an attorney in contempt and impose sanctions for the attorney's failure to follow the Court's order. The Court should do so here.

**CONCLUSION**

Based on the foregoing, the U.S. Trustee submits that Deborah Pimentel is in contempt of the Court's order of December 10, 2010; and that sanctions of a type intended to force Ms. Pimentel to comply with the Court's order should be imposed.

Dated: January 26, 2011

                BARBARA A. MATTHEWS
                Assistant United States Trustee

By:   /s/Matthew R. Kretzer
      MATTHEW R. KRETZER, Trial Attorney

      Attorneys for AUGUST B. LANDIS,
      Acting United States Trustee